TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00251-CR







Norwood Lee Hilstock, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 390TH JUDICIAL DISTRICT


NO. 003503, HONORABLE TOM BLACKWELL, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's second motion for extension of time to file brief is granted. Appellant's
counsel, Mr. J. D. Hamm, is ordered to tender a brief in this cause no later than January 13, 2003. 
No further extension of time will be granted.

It is ordered December 30, 2002. 


Before Chief Justice Aboussie, Justices Patterson and Puryear

Do Not Publish